```
         FILED      ___ LODGED
___ RECEIVED  ___ COPY

       OCT 0 4 2017

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joel Daniel Abril,<br><br>　　　　Defendant. | CR-17-01310-PHX-JJT (MHB)<br>**REDACTED**<br>**INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 2252(a)(2), (b)(1), and 2256<br>　　　(Distribution of Child Pornography)<br>　　　Counts 1 - 2<br><br>　　　18 U.S.C. §§ 2252(a)(4)(B), and 2256<br>　　　(Possession of Child Pornography)<br>　　　Counts 3 - 4<br><br>　　　18 U.S.C. §§ 981 and 2253,<br>　　　21 U.S.C. § 853 and<br>　　　28 U.S.C. § 2461(c)<br>　　　(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

## COUNT 1

Beginning on or about February 28, 2016, and continuing to on or about March 21, 2016, in the District of Arizona, and elsewhere, defendant JOEL DANIEL ABRIL, did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

1         **(luto) pjk-luto (5m26s)(2).avi**

2         **Bibcam webcam ultimate 12 best boy suck & fuck.avi**

3         **Collection1-video133 man_and_2_boy_fuck_anal.avi**

4     In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

## COUNT 2

6     Beginning on or about April 5, 2016, and continuing to on or about May 21, 2016, in the District of Arizona, and elsewhere, defendant JOEL DANIEL ABRIL, did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

15         **!!!!!!!!!!!!bibcam kdv pjk.mpg**

16         **[boy+man] Europe_012(2).avi**

17         **8yr boy + man – fuck.mpg**

18         **man fuck boy part3.avi**

19         **vidzadoo man fuck boy 8yr (40).avi**

20     In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

## COUNTS 3 - 4

22     On or about July 13, 2016, in the District of Arizona, and elsewhere, defendant JOEL DANIEL ABRIL, did knowingly possess and knowingly access with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions possessed and accessed by the defendant were contained on the items listed below. The visual depictions on each of the items below had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had

been produced using materials which had been mailed, shipped, or transported, by any means, including by computer.  Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

| COUNT | ITEM | FILE NAMES |
|---|---|---|
| 3 | Toshiba All-In-One Desktop | !!!!!!!!!!bibcam kdv pjk.mpg<br><br>!!00 boy – [boy+man] maxi 15.mpg.wm<br><br>!!new[mb]new traz with white boy & man(gret1)(5).avi<br><br>(pthc) uk01-09 (man fondles little boy_sucks and fucks him)[12m](1).mpg<br><br>(s) man plays with boy in school uniform on cam (8m59s).mpeg.wm<br><br>[boy+man] manual how to fuck a boy first time! (several foreign language characters).wmv |
| 4 | Western Digital external hard drive 160 GB | 10 yo boy man fuck (deniska).wmv<br><br>0000017.AVI<br><br>dscn1 – kid_boy and man.mpg<br><br>german boy & man make love in the car424.flv.swf |

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2256.

**FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations of Counts 1-4 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 2253, Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1-4 of this Indictment, the

- 3 -

defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to a Toshiba all-in-one desktop, model DX1215-2101, SN: 5B020221Y and a Western Digital 160 GB external hard drive, model WD1600ME-00, SN: WXE808FT7263, seized by law enforcement on July 13, 2016, containing visual depictions of minors engaging in sexually explicit conduct and child erotica. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence,

    (2)    has been transferred or sold to, or deposited with, a third party,

    (3)    has been placed beyond the jurisdiction of the court,

    (4)    has been substantially diminished in value, or

    (5)    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

//
//
//
//
//
//
//

1  All in accordance with Title 18, United States Code, Sections 981 and 2253, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date: October 4, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

_s/_
GAYLE L. HELART
Assistant U.S. Attorney
BRETT A. DAY
Special Assistant U.S. Attorney